# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| PONO PAANI, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:17-cv-00054 |
| | § | |
| v. | § | |
| | § | |
| BELKIN INTERNATIONAL, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

---

## COMPLAINT

---

**The Parties**

1.      Plaintiff Pono Paani, LLC is a limited liability company with a business address at 700 Lavaca Street, Suite 607, Austin, Texas 78701.

2.      Upon information and belief, Defendant Belkin International, Inc. ("Defendant") is a corporation with its principal place of business at 12045 E. Waterfront Drive, Playa Vista, California 90094.

**Jurisdiction and Venue**

3.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1338 because this action is for patent infringement and arises under the Patent Laws of the United States, Title 35 of the United States Code.

4.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400.

5.      Upon information and belief, Defendant does business in the State of Texas and this Court's district and/or places goods and services in the stream of interstate commerce, knowing that its goods and/or services will arrive in the State of Texas and in this Court's district. Upon information and belief, Defendant has committed the tort of patent infringement within the State of Texas and this Court's district.  Venue and jurisdiction is therefore proper.

## GENERAL AVERMENTS

**Plaintiff's Patent Rights**

6.      United States Patent No. D694,226 S ("the '226 Patent") was duly and legally issued.  *See* **Exhibit 1**.    United States Patent No. D694,222 S ("the '222 Patent") was duly and legally issued.  *See* **Exhibit 2**.  The '222 Patent and '226 Patent shall collectively be referred to herein as the "Patents."

7.      Plaintiff is the owner of all rights in and to the Patents.

8.      The Patents concern designs for cases for working portable electronic devices.

**Defendant and its Infringing Activities**

9.      Defendant is in the business of making, having made, using, selling, offering for sale, and/or importing in the United States the Belkin LEGO® Building Case for iPhone 5 and iPhone 5s, and LEGO Builder Case for iPod (the "Infringing Products").  Defendant sells and offers for sale the Infringing Products and the designs for such Infringing Products are substantially similar to the designs set forth in the Patents.    This Infringing Products are cases for portable electronic devices, including smartphones and media players.  *See* **Exhibit 3**.

10.      Defendant makes, offers to sell, and/or sells its Infringing Products in the state of Texas and this district.

11.      The activities of Defendant have been without authorization from Plaintiff.

12.     On or about June 2, 2014, Plaintiff's counsel sent Defendant a letter providing a copy of the Patents, an explanation of what the Patents cover, an identification of the Infringing Products, and a request that Defendant respect Plaintiff's intellectual property rights in and to the Patents.  *See* **Exhibit 4.**   On or about August 8, 2014, Plaintiff's counsel sent a follow up letter to Defendant.  *See* **Exhibit 5.**   Defendant responded with an email message stating that Defendant would review the allegations set forth in Plaintiff's letter, and that Defendant or its license partner, The LEGO Group, would get back to Plaintiff's counsel once Defendant had ample time to review and consider the letter. *See* **Exhibit 6.**  To date, Defendant continues to use, sell, and offer for sale the Infringing Products in the United States.   *See* **Exhibit 7** (webpage screen capture on January 4, 2017).

## COUNT I - PATENT INFRINGEMENT

13.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 12 of this Complaint as if fully set forth herein.

14.     This cause of action arises under the Patent Laws of the United States, Title 35, United States Code.

15.     Defendant has infringed and continues to infringe the Patents under 35 U.S.C. § 271 *et seq*.  This infringement was and is willful and intentional.

16.     Defendant has, without authority, consent, right or license, and in direct infringement of the Patents, made, used, sold, offered to sell, and/or imported the Infringing Products in this country, and, upon information and belief, such Infringing Products have been offered for sale, sold, and used in the state of Texas and this district.

17.     Defendant's infringing conduct is willful, intentional, and unlawful and, upon information and belief, will continue unless enjoined by this Court.

**DAMAGES**

18.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 17 of this Complaint as if fully set forth herein.  Plaintiff has suffered, is suffering, and will continue to suffer irreparable harm and injury as a result of Defendant's aforesaid activities. Defendant will, unless restrained and enjoined, continue to act in the unlawful manner complained of herein, all to Plaintiff's irreparable damage.    Plaintiff's remedy at law is not adequate to compensate it for the injuries suffered and threatened.  By reason of Defendant's acts complained of herein, Plaintiff has suffered monetary damages in an amount that has not yet been determined.

**REQUEST FOR JURY TRIAL**

19.     Plaintiff hereby demands that this cause be tried by a jury.

**PRAYER**

20.     WHEREFORE, Plaintiff demands:

        A.     That Defendant and its agents, officers, directors, employees, servants, representatives, customers, privies, successors and assigns, and all holding by, through or under Defendant, and all those acting for or on the behalf of Defendant, or in active concert, participation, or combination with Defendant, be enjoined and restrained, immediately and preliminarily (*i.e.*, a temporary restraining order, preliminary injunction, and/or permanent injunction as deemed appropriate by the Court), during the pendency of this action and permanently thereafter from, in the United States:

                (1)     making, using, offering to sell, selling and/or importing the Infringing Products, or any colorable imitation thereof, and

(2)      otherwise infringing upon the Patents.

B.      That this Court order Defendant and its agents, officers, directors, employees, servants, representatives, customers, privies, successors and assigns, and all holding by, through or under Defendant, and all those acting for or on the behalf of Defendant, or in active concert, participation, or combination with Defendant, to deliver up to this Court, and to permit the seizure by Officers appointed by the Court of all articles and materials infringing upon the rights of Plaintiff, and particularly, without limitation, all products and materials which embodies or includes the Infringing Products and materials, and to be delivered up for destruction on the issuance of a final Order in this action, including all Infringing Products and materials, and Defendant submit in writing, under oath, a description of all actions taken to comply with this portion of the Order.

C.      That Defendant be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendant's infringement of the Patents.

D.      That, in the alternative, a reasonable royalty be awarded to Plaintiff pursuant to 35 U.S.C. § 284.

E.      That Defendant be ordered to account for and pay over to Plaintiff all its respective gains, profits and advantages derived from the infringement of the Patents or such damages as to the Court shall appear proper within the patent laws.

F.      That Defendant be ordered to pay Plaintiff enhanced damages (*e.g.*, treble damages).

G.      That Defendant be ordered to pay to Plaintiff the costs of this action, prejudgment interest, and post-judgment interest.

H.      That this case be found to be exceptional.

I.      That Defendant be ordered to pay Plaintiff's reasonable attorneys' fees, experts' fees, and costs.

J.      That Plaintiff be awarded such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Ryan T. Beard
Eric B. Meyertons
  Texas State Bar No. 14004400
  emeyertons@intprop.com
Dwayne K. Goetzel
  Texas State Bar No. 08059500
  dgoetzel@intprop.com
Ryan T. Beard
  Texas State Bar No. 24012264
  rbeard@intprop.com
MEYERTONS, HOOD, KIVLIN,
  KOWERT & GOETZEL, P.C.
1120 South Capital of Texas HWY
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR PLAINTIFF**
**PONO PAANI, LLC**

# EXHIBIT 1

US00D694226S

(12) **United States Design Patent** (10) Patent No.: **US D694,226 S**

Thompson et al. (45) Date of Patent: ** Nov. 26, 2013

(54) **CASE FOR A PORTABLE ELECTRONIC DEVICE**

(75) Inventors: **Hunter S. Thompson**, Austin, TX (US); **Jamie L. Thompson**, Austin, TX (US); **James W. Thompson**, Austin, TX (US); **Frazier Newlin**, Austin, TX (US)

(73) Assignee: **Rubicon Communications, LP**, Austin, TX (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/390,892**

(22) Filed: **Apr. 29, 2011**

(51) **LOC (9) Cl.** .................................................. **14-03**

(52) **U.S. Cl.**
USPC ........................................................ **D14/250**

(58) **Field of Classification Search**
USPC .......... D14/250–253, 440, 203.3–203.7, 217, D14/496, 248, 238.1, 240, 447; D3/201, D3/218, 269, 301, 273, 303, 103, 247; D13/103, 107–108, 119; 220/4.02; 248/309.1, 371, 176.3, 668; 361/679.56, 679.3, 679.25, 816; 379/426, 433.11, 455; 455/575.1, 455/575.8; 206/305, 320; 345/173
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,005,282 | A | | 10/1961 | Christiansen |
| D244,632 | S | | 6/1977 | Christiansen |
| D260,568 | S | * | 9/1981 | Cherry ......................... D3/314 |
| D525,986 | S | * | 8/2006 | Kim ......................... D14/203.3 |
| D528,126 | S | * | 9/2006 | Kim ......................... D14/203.3 |
| D539,539 | S | * | 4/2007 | Braden ..................... D14/203.7 |
| D540,539 | S | | 4/2007 | Gutierrez |
| D570,593 | S | * | 6/2008 | Justiss ............................ D3/201 |
| 7,586,032 | B2 | | 9/2009 | Louis |

| | | | | |
|---|---|---|---|---|
| D603,838 | S | | 11/2009 | Willis |
| D614,603 | S | * | 4/2010 | Skillings ...................... D14/217 |
| 7,731,191 | B2 | | 6/2010 | Sternberg |

(Continued)

OTHER PUBLICATIONS

Nathan Sawaya BrickArtist iPhone, posted Sep. 2007, <URL:http://brickartist.com/gallery/iphone/?tag=technology>, retreived from internet on Jun. 30, 2013.*

(Continued)

*Primary Examiner* — Carla Jobe Wright

(74) *Attorney, Agent, or Firm* — Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.; Eric B. Meyertons

(57) **CLAIM**

The ornamental design for a case for a portable electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a rear-bottom-right perspective view of a case for a portable electronic device.

FIG. **2** is a front-bottom-left perspective view of the case for a portable electronic device.

FIG. **3** is a rear view of the case for a portable electronic device.

FIG. **4** is a right view of the case for a portable electronic device.

FIG. **5** is a left view of the case for a portable electronic device.

FIG. **6** is a front view of the case for a portable electronic device.

FIG. **7** is a top view of the case for a portable electronic device; and,

FIG. **8** is a bottom view of the case for a portable electronic device.

In the drawings, all broken lines on the interior portion of the case in FIG. **2** and the broken lines on the surfaces of the round protruding features throughout the drawings, depict unclaimed environment.

**1 Claim, 4 Drawing Sheets**



# US D694,226 S

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 7,938,260 | B2 * | 5/2011 | Lin | .............................. | 206/320 |
| D644,633 | S * | 9/2011 | Chiu | ............................ | D14/218 |
| D647,526 | S * | 10/2011 | Vandiver et al. | ............ | D14/440 |
| 8,091,892 | B2 | 1/2012 | Sternberg | | |
| D654,900 | S * | 2/2012 | Jung | ....................... | D14/138 G |
| D656,929 | S * | 4/2012 | Hsiung | ...................... | D14/250 |
| D658,373 | S * | 5/2012 | Gros | ............................. | D3/273 |
| D666,417 | S * | 9/2012 | Phillips et al. | ............... | D3/303 |
| D668,246 | S * | 10/2012 | Fathollahi | .................. | D14/250 |
| D669,458 | S * | 10/2012 | Wilson et al. | ................ | D14/250 |
| D671,933 | S * | 12/2012 | Rodgers | ..................... | D14/250 |
| D673,159 | S * | 12/2012 | McCarthy et al. | ........... | D14/440 |
| D674,798 | S * | 1/2013 | Kim et al. | ................... | D14/440 |
| 2003/0082986 | A1 | 5/2003 | Wiens et al. | | |
| 2011/0049005 | A1 | 3/2011 | Wilson et al. | | |
| 2012/0261289 | A1 * | 10/2012 | Wyner et al. | ................ | 206/320 |
| 2012/0274195 | A1 * | 11/2012 | Thompson et al. | ........... | 312/237 |

### OTHER PUBLICATIONS

U.S. Appl. No. 29/390,894, filed Apr. 29, 2011.

Jerry Hildenbrand "Android gives eyes, ears, and a sense of direction to a Lego NXT robot" published Jul. 9, 2010 downloaded from www.androidcentral.com/android-gives-eyes-ears-and-sense-direction-lego-nxt-robot, pp. 1-2.

Al Hilal "Digital Blue's Lego MP3 Player" published Apr. 18, 2009, trendygadget.com, pp. 1-9.

"Lego iPad Stand" discussion posted Aug. 24, 2010 on www.ifans.com/forums/threads/lego-ipad-stand.307442/ p. 3, pp. 1-5.

"Amazon iPod Building Block Portable Speaker Dock" Amazon product page downloaded Mar. 28, 2011 from www.amazon.com/iPod-Building-Block-Portable-Speaker/dp/B001KYV75W/ . . . , pp. 1-4.

"Amazon Lego 2GB MP3 Player" Amazon product page downloaded Mar. 28, 2011 from www.amazon.com/Digital-Blue-LG14000-Lego-Player/dp/B002L619ZE/ . . . , pp. 1-5.

Roland Hutchinson "Fun Gadgets—The Lego Phone", published Mar. 21, 2008, www.geeky-gadgets.com/fun-gadgets-the-lego-phone/, pp. 1-4.

Jerry M. Hatfield, John T. Tester "Lego Plus", Proceedings of the 2005 American Society for Engineering Education Annual Conference & Exposition, pp. 1-5.

Todd Ripplinger "The 'Legobox'" Published Jan. 8, 2002, mini-itx.com/projects/legobox/, pp. 1-5.

"Lego Xbox Case" discussion posted Feb. 21-Mar. 2, 2005, forums.xbox-scene.com/.../t360699, pp. 1-8.

David R. Van Wagner "On Screen Programming version 1.0 for Lego Mindstorms" Copyright 1999, downloaded Mar. 26, 2011 from alumni.cse.ucsc.edu/~davevw/onscreen/, pp. 1-4.

Timothy S. McNerney "From turtles to Tangible Programming Bricks: explorations in physical language design" Published Jul. 29, 2004 pp. 1-12.

"DIY Lego Case Mod PC" Published Aug. 9, 2008 downloaded from zedomax.com/blog/.../diy-lego-case-mod-pc pp. 1-3.

Nathan Sawaya, BlackBerry Tour 9630 Artistic in Lego, http://www.phonesreview.co.uk/201   0/03/14/blackberry-tour-9630-artisticin-lego/, Mar. 14, 2010. pp. 1-3.

Nathan Sawaya, PC Mag Computer—The Art of Brick, http://brickartist.com/gallery/pc-magazine-computer/?tag=technology, Feb. 2006. pp. 1-4.

U.S. Appl. No. 13/098,106, filed Apr. 29, 2011, Hunter S Thompson et al.

Office Action from U.S. Appl. No. 13/098,106, mailed Nov. 6, 2012, Hunter S Thompson, pp. 1-10.

Notice of Allowance from U.S. Appl. No. 13/098,106, mailed Apr. 1, 2013, Hunter S Thompson, pp. 1-19.

* cited by examiner



*FIG. 1*



*FIG. 2*



FIG. 3          FIG. 4



FIG. 5                    FIG. 6



*FIG. 7*



*FIG. 8*

# EXHIBIT 2

US00D694222S

(12) **United States Design Patent**
Thompson et al.

(10) Patent No.: **US D694,222 S**
(45) Date of Patent: ** **Nov. 26, 2013**

(54) **CASE FOR A PORTABLE MEDIA PLAYER**

(75) Inventors: **Hunter S. Thompson**, Austin, TX (US);
**Jamie L. Thompson**, Austin, TX (US);
**James W. Thompson**, Austin, TX (US);
**Frazier Newlin**, Austin, TX (US)

(73) Assignee: **Rubicon Communications, LP**, Austin,
TX (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/390,894**

(22) Filed: **Apr. 29, 2011**

(51) LOC (9) Cl. .................................................. **14-03**

(52) **U.S. Cl.**
USPC ...................................... **D14/238.1**; D14/250

(58) **Field of Classification Search**
USPC .......... D14/250–253, 440, 203.3–203.7, 217,
D14/496, 248, 238.1, 240, 447; D3/201,
D3/218, 269, 301, 273, 303, 103, 247;
D13/103, 107–108, 119; 220/4.02;
248/309.1, 371, 176.3, 668;
361/679.56, 679.3, 679.25, 816;
379/426, 433.11, 455; 455/575.1,
455/575.8; 206/305, 320; 345/173
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,005,282 | A | 10/1961 | Christiansen |
| D244,632 | S | 6/1977 | Christiansen |
| D260,568 | S * | 9/1981 | Cherry ........................... D3/314 |
| D525,986 | S * | 8/2006 | Kim ........................ D14/203.3 |
| D528,126 | S * | 9/2006 | Kim ........................ D14/203.3 |
| D539,539 | S * | 4/2007 | Braden .................... D14/203.7 |
| D540,539 | S | 4/2007 | Gutierrez |

| | | | |
|---|---|---|---|
| D570,593 | S * | 6/2008 | Justiss ........................... D3/201 |
| 7,586,032 | B2 | 9/2009 | Louis |
| D603,838 | S | 11/2009 | Willis |

(Continued)

OTHER PUBLICATIONS

Nathan Sawaya BrickArtist iPhone, posted Sep. 2007, <URL:http://brickartist.com/gallery/iphone/?tag=technology>, retrieved from internet on Jun. 30, 2013.*

(Continued)

*Primary Examiner* — Carla Jobe Wright
(74) *Attorney, Agent, or Firm* — Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.; Eric B. Meyertons

(57) **CLAIM**
The ornamental design for a case for a portable media player, as shown and described.

**DESCRIPTION**

FIG. **1** is a rear-bottom-right perspective view of a case for a portable media player.
FIG. **2** is a front-top-right perspective view of the case for a portable media player.
FIG. **3** is a rear view of the case for a portable media player.
FIG. **4** is a right view of the case for a portable media player.
FIG. **5** is a left view of the case for a portable media player.
FIG. **6** is a front view of the case for a portable media player.
FIG. **7** is a top view of the case for a portable media player; and,
FIG. **8** is a bottom view of the case for a portable media player.
The broken lines in the drawings are for illustrative purposes only and form no part of the claimed design. In the drawings, all broken lines on the interior portion of the case in FIG. **2**, the broken lines on the surfaces of the round protruding features throughout the drawings, and the broken lines on the top recessed portion of the case in FIGS. **3**, **7**, and **8**, depict unclaimed environment.

**1 Claim, 4 Drawing Sheets**





**US D694,222 S**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| D614,603 S | * | 4/2010 | Skillings | D14/217 |
|---|---|---|---|---|
| 7,731,191 B2 | | 6/2010 | Sternberg | |
| 7,938,260 B2 | * | 5/2011 | Lin | 206/320 |
| D644,633 S | * | 9/2011 | Chiu | D14/218 |
| D647,526 S | * | 10/2011 | Vandiver et al. | D14/440 |
| 8,091,892 B2 | | 1/2012 | Sternberg | |
| D654,900 S | * | 2/2012 | Jung | D14/138 G |
| D656,929 S | * | 4/2012 | Hsiung | D14/250 |
| D658,373 S | * | 5/2012 | Gros | D3/273 |
| D666,417 S | * | 9/2012 | Phillips et al. | D3/303 |
| D668,246 S | * | 10/2012 | Fathollahi | D14/250 |
| D669,458 S | * | 10/2012 | Wilson et al. | D14/250 |
| D671,933 S | * | 12/2012 | Rodgers | D14/250 |
| D673,159 S | * | 12/2012 | McCarthy et al. | D14/440 |
| D674,798 S | * | 1/2013 | Kim et al. | D14/440 |
| 2003/0082986 A1 | | 5/2003 | Wiens et al. | |
| 2011/0049005 A1 | | 3/2011 | Wilson et al. | |
| 2012/0261289 A1 | * | 10/2012 | Wyner et al. | 206/320 |
| 2012/0274195 A1 | * | 11/2012 | Thompson et al. | 312/237 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/390,892, filed Apr. 29, 2011.
Nathan Sawaya, BlackBerry Tour 9630 Artistic in Lego, http://www.phonesreview.co.uk/201 0/03/14/blackberry- tour-9630-artisticin-lego/, Mar. 14, 2010. Pages 1-3.
Nathan Sawaya, PC MAG Computer—The Art of Brick, http://brickartist.com/gallery/pc-magazine-computer/?tag=technology, Feb. 2006. Pages 1-4.
U.S. Appl. No. 13/098,106, filed Apr. 29, 2011, Hunter S Thompson et al.
Office Action from U.S. Appl. No. 13/098,106, mailed Nov. 6, 2012, Hunter S Thompson, pp. 1-10.
Notice of Allowance from U.S. Appl. No. 13/098,106, mailed Apr. 1, 2013, Hunter S Thompson, pp. 1-19.

Jerry Hildenbrand "Android gives eyes, ears, and a sense of direction to a Lego NXT robot" published Jul. 9, 2010 downloaded from www.androidcentral.com/android-gives-eyes-ears-and-sense-direc-tion-lego-nxt-robot, pp. 1-2.
Al Hilal "Digital Blue's Lego MP3 Player" published Apr. 18, 2009, trendygadget.com, pp. 1-9.
"Lego iPad Stand" discussion posted Aug. 24, 2010 on www.ifans.com/forums/threads/lego-ipad-stand.307442/page-3, pp. 1-5.
"Amazon iPod Building Block Portable Speaker Dock" Amazon product page downloaded Mar. 28, 2011 from www.amazon.com/iPod-Building-Block-Portable-Speaker/dp/B001KYV75W/ . . . , pp. 1-4.
"Amazon Lego 2GB MP3 Player" Amazon product page downloaded Mar. 28, 2011 from www.amazon.com/Digital-Blue-LG14000-LEGO-Player/dp/B002L619ZE/ . . . , pp. 1-5.
Roland Hutchinson "Fun Gadgets—The Lego Phone", published Mar. 21, 2008, www.geeky-gadgets.com/fun-gadgets-the-lego-phone/, pp. 1-4.
Jerry M. Hatfield, John T. Tester "Lego Plus", Proceedings of the 2005 American Society for Engineering Education Annual Confer-ence & Exposition, pp. 1-5.
Todd Ripplinger "The 'Legobox'" Published Jan. 8, 2002, mini-itx.com/projects/legobox/, pp. 1-5.
"Lego Xbox Case" discussion posted Feb. 21-Mar. 2, 2005, forums.xbox-scene.com/.../t360699, pp. 1-8.
David R. Van Wagner "On Screen Programming version 1.0 for Lego Mindstorms" Copyright 1999, downloaded Mar. 26, 2011 from alumni.cse.ucsc.edu/~davevw/onscreen/, pp. 1-4.
Timothy S. McNerney "From turtles to Tangible Programming Bricks: explorations in physical language design" Published Jul. 29, 2004 pp. 1-12.
"DIY Lego Case Mod PC" Published Aug. 9, 2008 downloaded from zedomax.com/blog/.../diy-lego-case-mod-pc pp. 1-3.

* cited by examiner



FIG. 1



FIG. 2



*FIG. 3*          *FIG. 4*



*FIG. 5*                    *FIG. 6*



*FIG. 7*



*FIG. 8*

# EXHIBIT 3

 **belkin**

Sign In | Cart 🛒 0 items

Free Ground Shipping on Orders of $50 or More — **Details** ›

PRODUCTS   MY DEVICE   FOR BUSINESS   SUPPORT

home  >  products ⌄  >  collections ⌄  >  lego®

## EXPAND YOUR CREATIVITY
**LEGO® Builder Case Family**

### COLLECTIONS

MIXIT↑ (12)
Dana Tanamachi (10)
Orla Kiely (10)
Vans (7)
Tracy Reese (5)
**LEGO®** (3)
Pro Cycling Team (1)

### MY DEVICE

iPad (1)
iPhone (1)
iPod (1)

### PRICE

From: **$29.99** - **$59.99**





## LEGO®




**LEGO® Builder Case for iPhone 5 and iPhone 5s**

$39.99





**LEGO Builder Case for iPad mini 3, iPad mini 2, and iPad mini**

$59.99




**LEGO Builder Case for iPod**

$29.99



Also follow us on  f  t  ▶  ▶  p

## CHECK OUT THE ENDLESS CREATIONS:
### #LEGOXBELKIN

# EXHIBIT 4



**MEYERTONS**
**HOOD**
**KIVLIN**
**KOWERT**
**& GOETZEL**
A PROFESSIONAL CORPORATION

1120 S. CAPITAL OF TEXAS
BUILDING 2, SUITE 300
AUSTIN, TEXAS 78746
TELEPHONE (512) 853-8800
FACSIMILE (512) 853-8801
www.intprop.com

PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION
ERIC B. MEYERTONS
(512) 853-8800
emeyertons@intprop.com

FILE No. 5805-04200

June 2, 2014

***Via Federal Express Delivery***

Mr. Chester J. Pipkin
Chief Executive Officer
Belkin International, Inc.
12045 E. Waterfront Drive
Playa Vista, California 90094

   Re:  <u>Electronic Device Case Patents</u>

Dear Mr. Pipkin:

   We represent Pono Paani, LLC ("Pono Paani") with respect to certain intellectual property matters. Please direct all communications concerning this letter to me.

   Pono Paani and/or its affiliated companies make and sell cases for electronic devices, such as mobile phones. The cases include studded surfaces to which play bricks can be attached. Additional information with respect to these products can be found at www.smallworks.com.

   Pono Paani is assignee of U.S. Patent No. 8,477,931 to Thompson et al. relating to a Case for Electronic Device with Surface for Attaching Building Elements (the "'931 Patent"). I attach of copy of this patent for your convenience. Figures 1 and 2 of this patent are reproduced as follows:




Mr. Chester J. Pipkin
Chief Executive Officer
Belkin International, Inc.
Page 2

Figs. 4 and 5 of the '931 Patent are reproduced as follows:



Pono Paani is also assignee of U.S. Patent No. D694,226 to Thompson et al., relating to a Case for a Portable Electronic Device. I attach a copy of this patent for your convenience. Figures 1 and 2 of the D694,226 patent are reproduced as follows:



Pono Paani is also assignee of U.S. Patent No. D694,222 to Thompson et al., relating to a Case for a Portable Media Player.   I attach a copy of this patent for your convenience.  Figures 1 and 2 of the D694,222 patent are reproduced as follows:



Mr. Chester J. Pipkin
Chief Executive Officer
Belkin International, Inc.
Page 3

Pono Paani is also assignee of Office for Harmonization in the Internal Market Registered Community Designs Nos. 001939851-0001 and 001939851-0002.   Copies of certificates for these designs are enclosed for your convenience.

Pono Paani is also assignee of patent application U.S. Patent Appl. No. 13/927,911, which has published as US Patent Publication No. 20130344769.  A copy of this publication is enclosed for your convenience.

We note that your company has apparently been offering for sale and/or selling electronic device cases that include studded surfaces.  See, for example, the attached screen shots from your web site at www.belkin.com.

As you know, the assignee of a patent has the right to exclude others from infringing the patent – for example, others who are making, using, selling, offering for sale, and importing inventions covered by the patent.   The assignee of a patent can also exclude others from contributorily infringing the patent and/or from inducing infringement of the patent.

Pono Paani and/or its affiliated companies have expended a large amount of time and effort developing the markets for products that are covered by its intellectual property rights.  We ask Belkin International and any affiliated companies to respect Pono Paani's intellectual property rights with respect to cases and accessories for electronic devices.

Please let us know if you have any questions or comments.

Sincerely,

Eric B. Meyertons

EBM:jlp
Enclosures

# EXHIBIT 5



**MEYERTONS**
**HOOD**
**KIVLIN**
**KOWERT**
**& GOETZEL**
A PROFESSIONAL CORPORATION

1120 S. CAPITAL OF TEXAS
BUILDING 2, SUITE 300
AUSTIN, TEXAS 78746
TELEPHONE (512) 853-8800
FACSIMILE (512) 853-8801
www.intprop.com

PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION

ERIC B. MEYERTONS
(512) 853-8800
emeyertons@intprop.com

FILE NO. 5805-04200

August 8, 2014

***Via Federal Express Delivery***

Mr. Chester J. Pipkin
Chief Executive Officer
Belkin International, Inc.
12045 E. Waterfront Drive
Playa Vista, California 90094

      Re:   <u>Electronic Device Case Patents</u>

Dear Mr. Pipkin:

      We previously sent a letter dated June 2, 2014 regarding Pono Paani, LLC's patent rights relating to electronic device cases. A copy of the letter is enclosed for your convenience. Would you please let us know if you are going to respond to this letter?

                Sincerely,

                Eric B. Meyertons

EBM:jlp
Enclosure

# EXHIBIT 6

**Chris Thompson**

| | |
|---|---|
| **From:** | Tom Triggs <Tom.Triggs@belkin.com> |
| **Sent:** | Monday, August 18, 2014 12:42 PM |
| **To:** | Eric Meyertons |
| **Subject:** | August 8 Letter - patent |

Dear Mr. Meyertons,

I am writing to acknowledge receipt of your communication, dated August 8, 2014, with its attachment.  We are passing your communication along to our license partner, The LEGO Group, for their review and evaluation as well.  We will review the allegations set forth in your letter, and one of us will get back to you once we have had ample time to review and consider your letter.

Regards,
Tom

D. Thomas Triggs
Chief Legal Officer and General Counsel
Belkin International, Inc.
12045 East Waterfront Drive
Playa Vista, California 90094
P 310 751 2922

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html _____

# EXHIBIT 7

New LEGO iPhone Cases

⚡ **PORTABLE CHARGING** All you need to know. **Get the facts** ›                                                                    ✕



Sign In  |  **Cart** 🛒 0 items

**Free Ground Shipping** on Orders of $50 or More — **Details** ›

PRODUCTS    MY DEVICE    FOR BUSINESS    SUPPORT              🔍

home  >  products ⌄  >  collections ⌄  >  lego®



**EXPAND YOUR CREATIVITY**
LEGO® Builder Case Family

## LEGO®

### COLLECTIONS

MIXIT↑ (28)

Mobile Collection (27)

Dana Tanamachi (17)

**LEGO® (3)**

Vans (1)

### MY DEVICE

iPhone (2)

iPad (1)

### PRICE

**From:** **$39.99** - **$49.99**

Sale (1)





**NEED A USB-C CABLE?**
Find the Right One >



LEGO® Builder Case for iPhone 6 Plus and iPhone 6s Plus

$49.99

🟡 🟣 ⚫





LEGO® Builder Case for iPhone 6 and iPhone 6s

$44.99



LEGO Builder Case for iPad mini and iPad mini with Retina display

~~$59.99~~ $39.99
Save $20.00



**Region**

**United States**
Change Region

Products
My Device
For Business
My Account

Support
Online Order Help
Register a Product
Returns & Claims

About Belkin
Contact Us
Press Room
Affiliate Program

**Connect with Belkin**

